Slip Op. 99 - 130

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| SOUTHERN STAR, INC., ET AL., ) | |
| ) | BEFORE: Watson, |
| Plaintiffs, ) | Senior Judge |
| v. ) | |
| ) | Consol. Ct. |
| UNITED STATES, ) | No. 91-01-00060 |
| ) | |
| Defendant. ) | |

## JUDGMENT ORDER

The United States Department of Commerce submitted its Results of Redetermination in accordance with this Court's Remand order of May 13, 1994, in the case of Southern Star, Inc., et al. v. United States, Consolidated Court No. 91-01-00060. The Department of Commerce requested this remand pursuant to the remand from the Court in Creswell Trading Company, Inc., et al. v. United States, Consol. Court No. 91-01-00012, Slip Op. 98-87. In its Redetermination of the 1986 administrative review, Commerce recalculated the company-specific subsidy rates by revising the rates relating to India's International Price Reimbursement Scheme (IPRS). The new company-specific and all others rates applicable to the 1986 period of review are as follows:

| | |
|---|---|
| Crescent Foundry Co. Pvt. Ltd. | 9.07% |
| Kejriwal Iron & Steel Works | 23.75% |
| Govind Steel | 128.60% |
| Uma Iron & Steel Co./Commex Corp. | 30.24% |
| All Others | 16.66% |

These rates have been stipulated to and accepted by all parties to this action.

The Court having reviewed the Redetermination Results, Commerce having complied

with the Court's Remand, and the parties having stipulated to the new rates, it is hereby

ORDERED that the Redetermination Results are affirmed; and it is further

ORDERED that the rates listed above shall become the new rates for the 1986 period, and

it is further

ORDERED that, as the parties have stipulated that they will not litigate any other issues,

this action is dismissed.


_____
James L. Watson
Senior Judge


Dated:  New York, New York
                     , 1999